Lee Circuit Circuit Court                Case No.:CL22080201-00

BRITTON, ROBERT          Vs     YEARY, JOSHUA ADAM; DO

## TABLE OF CONTENTS

| Document Index | Date Filed | Page |
|---|---|---|
| INITIAL FILING - WD: | 08/24/2022 | 1 - 9 |
| NOTICE - OF THE UNITED STATES | 09/13/2023 | 10 - 13 |
| ORDER - TRANSFER TO US DISTRICT CT | 11/09/2023 | 14 - 14 |
| RECEIPT 8/24/2022 1:01:06 PM.pdf | | 15 - 15 |
| SPECIAL PROCESS SERVER - COMPLAINT - IN PERSON/NOTIFIED IN COURT - EDWARDS, GREGORY D | 08/22/2022 | 16 - 17 |
| SPECIAL PROCESS SERVER - COMPLAINT - IN PERSON/NOTIFIED IN COURT - EDWARDS, GREGORY D | 08/22/2022 | 18 - 19 |
| SPECIAL PROCESS SERVER - COMPLAINT - IN PERSON/NOTIFIED IN COURT - YEARY, JOSHUA; DO | 08/22/2022 | 20 - 21 |

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ABINGDON, VA
FILED

**NOV 27 2023**

LAURA A. AUSTIN, CLERK
BY:
DEPUTY CLERK

FILED 3/24/22 TIME 1:00 pm
CIRCUIT COURT CLERK'S OFFICE
LEE COUNTY, VIRGINIA
IRENE LAMEY, CLERK
BY _____ D.C.

**VIRGINIA:**
### IN THE CIRCUIT COURT FOR LEE COUNTY

**ROBERT BRITTON, Administrator of the**
**Estate of Debra Wylene Young**                    **PLAINTIFF**
**DEBRA WYLENE YOUNG, deceased**

**vs.**                              **CASE NO: CL 22080201-00**

**JOSHUA ADAM YEARY, D.O. and**
**STONE MOUNTAIN HEALTH SERVICES, INCORPORATED**
**d/b/a JONESVILLE FAMILY HEALTH CENTER, and**          **DEFENDANTS**
**WESTERN LEE COUNTY HEALTH CLINIC, INCORPORATED**

### COMPLAINT

COMES NOW the plaintiff, ROBERT BRITTON, Administrator of the Estate of Debra Wylene Young, by counsel, and in support of his complaint against the defendants, JOSHUA ADAM YEARY, D.O., STONE MOUNTAIN HEALTH SERVICES, INCORPORATED d/b/a JONESVILLE FAMILY HEALTH CENTER and WESTERN LEE COUNTY HEALTH CLINIC INCORPORATED, respectfully states as follows:

1. Plaintiff, Robert Britton, qualified as Administrator of the Estate of Debra Wylene Young in the Lee County Circuit Court on September 14th, 2020. He brings this action as the Administrator of the Estate of Debra Wylene Young pursuant to the aforesaid appointment by the Lee County Circuit Court. A letter of Administration is attached hereto as *Exhibit "1".*

2. Plaintiff is the son and surviving heir of the deceased, Debra Wylene Young. Debra Wylene Young, deceased was a resident and citizen of Ewing, Lee County Virginia at all times relevant hereto.

3. At all times relevant hereto plaintiff, was a citizen and resident of Ewing, Lee County Virginia.

4. Defendant, Joshua Adam Yeary, D.O., at all times relevant hereto was a medical doctor licensed to practice medicine in the State of Virginia practicing in Lee County, Virginia in the area of family medicine.

5. Upon information and belief defendant Joshua Adam Yeary D.O., was an employee of defendants Stone Mountain Health Services, Incorporated d/b/a Jonesville Family Health Center and Western Lee County Health Clinic, Incorporated.

6. Defendant, Western Lee County Health Clinic, Incorporated at all times relevant hereto was a Virginia nonstock corporation, engaged in the provision of medical services to the residents of Southwest Virginia.

7. Defendant, Stone Mountain Health Services, Incorporated d/b/a Jonesville Family Health Center at all times relevant hereto was a Virginia nonstock corporation, engaged in the provision of medical services to the residents of Southwest Virginia.

8. That the negligent and wrongful act and omissions committed by said Defendants and any of its agents or employees are imputed to each of the said Defendants corporate entities under the circumstances present in this case.

9. That at all times relevant to this Complaint, Defendants' employees and/or agents were acting within the course and scope of their employment.

10. That the Defendants are vicariously liable for the actions of their employees and/or agents who are working at Western Lee County Health Clinic at or around the time that Debra Wylene Young was a patient.

## II. JURISDICTION AND VENUE

11. That all events that form the basis of this Complaint, occurred in Lee County, Virginia.

12. Venue is properly situated in Lee County Virginia due to the fact that all acts and omissions that make up this action occurred in Lee County, Virginia.

13. This Court has jurisdiction due to the fact that this is an action for wrongful death and the Lee County Circuit Court has jurisdiction of this type of action.

### III.    DEMAND FOR A JURY TRIAL

14. Pursuant to Virginia Constitution, Article 1, Section 8 and Section 11, Plaintiff demands a trial by jury.

### IV.    FACTS AND GENERAL ALLEGATIONS

15. At all times relevant hereto, the plaintiff, Debra Wylene Young, and defendant, Joshua Adam Yeary, D.O., were engaged in a physician-patient relationship.

16. Defendant, Joshua Adam Yeary, by taking charge of the case, agreeing to treat Debra Wylene Young, and entering into the physician-patient relationship impliedly represented that he possessed that, reasonable degree of learning and skill that is ordinarily possessed by physicians practicing in the area of family medicine.  Upon entering into the physician-patient relationship, it became his duty to use reasonable care and diligence in the exercise of his profession.  Defendant is under further obligation to use his best judgment in exercising his skill and applying his knowledge.

17. The decedent, Debra Young, at all times relevant hereto, had a noted diagnosis of atrial fibrillation and was prescribed Warfarin for its management with and INR target range of 3-4.

18. The decedent Debra Young had a medical condition, atrial fibrillation which is often treated with the medication Warfarin.  The standard of care for patients prescribed Warfarin requires the prescribing physician to monitor the INR levels regularly at least every four to

six weeks, even when the patient's INR level is therapeutic, and more often when needed, i.e., especially when the patient has a history of INR levels that have elevated to the status of supratherapeutic.

19. From July 4, 2018 through January 15, 2019 the decedent had at least 6 documented INR levels that were elevated to the point of being supratherapeutic. However, the defendant continued to prescribed Warfarin in the same dosages "5mg take one tablet daily".

20. In May 2019 the decedent was admitted to the hospital and noted to have a supratherapeutic INR level. According to the hospital records the Warfarin was held until the level reached 1.2 and the previous dosage resumed with directions to follow up with her primary care provider in one week.

21. On May 6, 2019 the decedent was seen in the office of the Defendant Joshua Adam Yeary, D.O. following her hospitalization, however no tests were ordered to determine the INR levels, even after being admitted to the hospital for supratherapeutic INR levels just a few days before. In spite of the previous hospitalization and what should have been clear warning signs, Defendant Joshua Adam Yeary D.O. continued to call in multiple prescriptions for Warfarin over the next year, for the same dosage, with the same instructions, take one tablet daily with each prescription having 6 refills, without documentation showing any visits with the decedent or ordering any INR level testing.

22. Finally, on June 6, 2020 there is documentation that a telehealth visit was conducted with the decedent. There is no documentation of an INR order or level. Prescriptions were continued to be called into Rose Hill Pharmacy for the same dosage 5mg, take one tablet daily without any documentation or concern as to INR levels.

23. On August 31, 2020 the decedent was admitted to Fort Sanders Hospital with a diagnosis of supratherapeutic INR level exceeding 10.

24. On or about September 3, 2020, Debra Young died. The cause of death documented in the medical records includes supratherapeutic INR levels and the death certificate indicates death due to Acute Subdural Hematoma and Embolic Stroke.

25. Defendant, Joshua Adam Yeary, D.O., negligently, recklessly, and in a marked deviation from the normal standards of care required of him, failed to regularly see the patient in person, continued prescribing the blood thinner warfarin and other pain medications, and failed to order the necessary laboratory testing needed to properly monitor the INR levels in order to continue prescribing the blood thinner Warfarin, in spite of numerous red flags and warnings signs being present due to multiple hospitalizations resulting from her supratherapeutic INR levels, Defendant Joshua Adam Yeary continued prescribing the blood thinner Warfarin in the same dosage and with the same instructions, without the proper monitoring of the INR levels. The defendant, Joshua Yeary, D.O. had a duty to monitor the INR levels for this patient and adjust her medication dosage levels appropriately in order to maintain a therapeutic level. Throughout the entire time defendant was treating the deceased, the dosage of Warfarin prescribed by the defendant never changed.

26. As a direct and proximate result of the Defendant's negligence, carelessness, recklessness, and marked deviation from the normal standard of care, plaintiff was caused to endure tremendous and unnecessary physical harm, discomfort, anguish, and bodily harm, damage, and loss of her life.

27. As a further direct and proximate result of defendant's negligence, carelessness, recklessness, and marked deviation from the normal standards of care, plaintiff has incurred various and sundry expenses for doctors, medicine, hospitalization, and other medical care.

WHEREFORE, the plaintiff, respectfully requests that the Court enter a judgment against the defendants in the amount of TWO MILLION DOLLARS ($2,000,000.00) to compensate for the pain, suffering and expenses he has endured and will continue to endure due to defendants' negligence including sorrow, mental anguish, and solace to include loss of companionship, comfort, and guidance, and that he be awarded expenses for the care, treatment and hospitalization of the decedent incident to the injuries resulting in death, that he be awarded reasonable funeral expenses; that he be awarded punitive damages in the amount of THREE HUNDRED FIFTY THOUSAND DOLLARS ($350,000.00) for the willful and wanton conduct and recklessness of defendants as evidenced by conscious disregard for the safety of others,; that he be awarded his attorney's fees and costs expended in this action; and for other and further relief as her case may require.

<div style="margin-left:40%">
ROBERT BRITTON,
Administrator of the Estate of
Debra Wylene Young, Deceased
BY COUNSEL
</div>

JEFFERY L. ELKINS
ATTORNEY AT LAW
POST OFFICE BOX 1306
WISE, VIRGINIA 24293
(276) 328-4529

EXHIBIT
1

## CERTIFICATE/LETTER OF QUALIFICATION
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 6.2-893, 6.2-1171, 6.2-1365, 6.2-1367, 64.2-2011, 64.2-506, 64.2-607

Court File No. <u>202000168</u>

<u>Lee County</u> Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on <u>September 14, 2020</u>
<span style="margin-left:3em">DATE</span>

<u>Robert James Britton</u>                    ,
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this court, under applicable provisions of law, as **Administrator** of the estate of

<u>Debra Wylene Young</u>
☒ DECEASED   ☐ MINOR   ☐ INCAPACITATED

The powers of the fiduciary(ies) named above continue in full force and effect.

<u>**$10,000.00**</u> bond has been posted.

Given under my hand and the seal of this Court on

<u>September 14, 2020</u>
DATE

<u>Rene  Lamey</u> , Clerk

by _Mary Gardner_                    , Deputy Clerk

# COVER SHEET FOR FILING CIVIL ACTIONS

COMMONWEALTH OF VIRGINIA

Case No. CL22080201-00

(CLERK'S OFFICE USE ONLY)

.......................................... Lee .......................................... Circuit Court

Robert Britton, Administrator of the Estate of Debra ... v./In re: .......... Joshua Adam Yeary, D.O. et al

PLAINTIFF(S)                                                                    DEFENDANT(S)

Wylene Young & Debra Wylene Young, deceased

I, the undersigned [ ] plaintiff [ ] defendant [x] attorney for [x] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL

**Subsequent Actions**
- [ ] Claim Impleading Third Party Defendant
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Counterclaim
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Cross Claim
- [ ] Interpleader
- [ ] Reinstatement (other than divorce or driving privileges)
- [ ] Removal of Case to Federal Court

**Business & Contract**
- [ ] Attachment
- [ ] Confessed Judgment
- [ ] Contract Action
- [ ] Contract Specific Performance
- [ ] Detinue
- [ ] Garnishment

**Property**
- [ ] Annexation
- [ ] Condemnation
- [ ] Ejectment
- [ ] Encumber/Sell Real Estate
- [ ] Enforce Vendor's Lien
- [ ] Escheatment
- [ ] Establish Boundaries
- [ ] Landlord/Tenant
  - [ ] Unlawful Detainer
- [ ] Mechanics Lien
- [ ] Partition
- [ ] Quiet Title
- [ ] Termination of Mineral Rights

**Tort**
- [ ] Asbestos Litigation
- [ ] Compromise Settlement
- [ ] Intentional Tort
- [ ] Medical Malpractice
- [ ] Motor Vehicle Tort
- [ ] Product Liability
- [x] Wrongful Death
- [ ] Other General Tort Liability

## ADMINISTRATIVE LAW

- [ ] Appeal/Judicial Review of Decision of (select one)
  - [ ] ABC Board
  - [ ] Board of Zoning
  - [ ] Compensation Board
  - [ ] DMV License Suspension
  - [ ] Employee Grievance Decision
  - [ ] Employment Commission
  - [ ] Local Government
  - [ ] Marine Resources Commission
  - [ ] School Board
  - [ ] Voter Registration
  - [ ] Other Administrative Appeal

## DOMESTIC/FAMILY

- [ ] Adoption
  - [ ] Adoption – Foreign
- [ ] Adult Protection
- [ ] Annulment
  - [ ] Annulment – Counterclaim/Responsive Pleading
- [ ] Child Abuse and Neglect – Unfounded Complaint
- [ ] Civil Contempt
- [ ] Divorce (select one)
  - [ ] Complaint – Contested*
  - [ ] Complaint – Uncontested*
  - [ ] Counterclaim/Responsive Pleading
  - [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
- [ ] Separate Maintenance
  - [ ] Separate Maintenance Counterclaim

## WRITS

- [ ] Certiorari
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Prohibition
- [ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS

- [ ] Accounting
- [ ] Aid and Guidance
- [ ] Appointment (select one)
  - [ ] Guardian/Conservator
  - [ ] Standby Guardian/Conservator
  - [ ] Custodian/Successor Custodian (UTMA)
- [ ] Trust (select one)
  - [ ] Impress/Declare/Create
  - [ ] Reformation
- [ ] Will (select one)
  - [ ] Construe
  - [ ] Contested

## MISCELLANEOUS

- [ ] Amend Death Certificate
- [ ] Appointment (select one)
  - [ ] Church Trustee
  - [ ] Conservator of Peace
  - [ ] Marriage Celebrant
- [ ] Approval of Transfer of Structured Settlement
- [ ] Bond Forfeiture Appeal
- [ ] Declaratory Judgment
- [ ] Declare Death
- [ ] Driving Privileges (select one)
  - [ ] Reinstatement pursuant to § 46.2-427
  - [ ] Restoration – Habitual Offender or 3rd Offense
- [ ] Expungement
- [ ] Firearms Rights – Restoration
- [ ] Forfeiture of Property or Money
- [ ] Freedom of Information
- [ ] Injunction
- [ ] Interdiction
- [ ] Interrogatory
- [ ] Judgment Lien-Bill to Enforce
- [ ] Law Enforcement/Public Official Petition
- [ ] Name Change
- [ ] Referendum Elections
- [ ] Sever Order
- [ ] Taxes (select one)
  - [ ] Correct Erroneous State/Local
  - [ ] Delinquent
- [ ] Vehicle Confiscation
- [ ] Voting Rights – Restoration
- [ ] Other (please specify) ...........................

[ ] Damages in the amount of $ 350,000.00 ............ are claimed.

08/24/2022

DATE

Jeffery L. Elkins

PRINT NAME

P.O. Box 1306, Wise, Virginia 24293

ADDRESS/TELEPHONE NUMBER OF SIGNATOR

(276) 328-4529

jeff@jeffelkinsesq.com

EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

[ ] PLAINTIFF  [ ] DEFENDANT  [x] ATTORNEY FOR  [x] PLAINTIFF
[ ] DEFENDANT

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 07/16

FILED 8/24/22 TIME 1:00 pm
CIRCUIT COURT CLERK'S OFFICE
LEE COUNTY, VIRGINIA
RENE LAMEY, CLERK
BY _____ D.C.



# JEFFERY L. ELKINS

### ATTORNEY AT LAW

August 24, 2022

Ms. Rene Lamey, Clerk
Lee County Circuit Court
P.O. Box 326
Jonesville, Virginia 24263

> **Re:**   *Robert Britton, Administrator of the Estate of Debra Wylene Young et al.*
> *v.  Joshua Adam Yeary, D.O. et al.*
> **NEW: Wrongful Death**

Dear Ms. Lamey:

Please find the enclosed Complaint which I submit for filing on behalf of my client, Robert Britton, Administrator of the Estate of Debra Wylene Young. I have enclosed a check in the amount of Three Hundred and Forty Dollars ($340.00) to cover the cost of filing. We do not request service on the defendants at this time. If you should have any questions or concerns with regard to this matter, please do not hesitate to contact my office.

Sincerely,

Jeffery L. Elkins

JLE/ac
ENCLOSURE

FILED 9/13/23 TIME 4:06 PM
CIRCUIT COURT CLERK'S OFFICE
LEE COUNTY, VIRGINIA
LORENE LAMEY, CLERK
BY _____ D.C.

## IN THE CIRCUIT COURT OF LEE COUNTY
## 30TH JUDICIAL CIRCUIT
## STATE OF VIRGINIA

| | | |
|---|---|---|
| ROBERT BRITTON, Administrator of the Estate of Debra Wylene Young, DEBRA WYLENE YOUNG, deceased, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. <u>CL22080201-00</u> |
| JOSHUA ADAM YEARY, D.O. and STONE MOUNTAIN HEALTH SERVICES, INCORPORATED d/b/a JONESVILLE FAMILY HEALTH CENTER, and WESTERN LEE COUNTY HEALTH CLINIC, INCORPORATED | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### NOTICE OF THE UNITED STATES UNDER 42 U.S.C. § 233(l)(1)

The United States of America, by its attorney, Christopher R. Kavanaugh, United States

Attorney for the Western District of Virginia, provides the following notice pursuant to 42 U.S.C.

§ 233(l)(1):

     1.     The U.S. Department of Health and Human Services (HHS) notified this office on

September 1, 2023, of this state court action against Defendant Stone Mountain Health Services,

Incorporated, now known as St. Charles Health Council, Inc. (SCHC), and one of its employees,

Joshua Adam Yeary, D.O. Defendant SCHC is a public or non-profit private entity receiving

federal funds under section 254b of Title 42 pursuant to the Federally Supported Health Centers

Assistance Act (FSHCAA), 42 U.S.C. § 233(g)–(n).

     2.     The United States is appearing for the limited purpose of notifying the Court as to

whether the Secretary of HHS has advised that SCHC or any of the persons named above have

been "deemed" to be an "employee of the Public Health Service" with respect to the actions or omissions that are the subject of this civil action. 42 U.S.C. § 233(l)(1).

3. At present, HHS has advised only that SCHC has been "deemed" to be an "employee of the Public Health Service." HHS has not yet provided its report as to whether the deemed status of SCHC and/or the named persons under 42 U.S.C. §§ 233(g) and (h) extends to the acts or omissions that are the subject of this civil action. *See* 42 U.S.C. § 233(l)(1). *See* 28 C.F.R. § 15.3; *see also* 60 Fed. Reg. 22530, 22531 (May 8, 1995).

4. Once HHS has completed its review and provided its report, the United States Attorney, as the U.S. Attorney General's delegate, will determine whether the acts alleged fall within the scope of 42 U.S.C. § 233(a), the applicable provisions of the FSHCAA, and were otherwise within the scope of SCHC's or the individual's "deemed" employment. See 42 U.S.C. § 233(c); 28 C.F.R. § 15.4(b); 60 Fed. Reg. at 22531. The United States Attorney has not yet been provided with sufficient information to make that determination. If it is determined that the above-named Defendants have been deemed employees of the Public Health Service for purposes of the acts or omissions giving rise to this suit, and that they were acting within the scope of their deemed employment, it is anticipated that this action will be removed to federal court pursuant to 28 U.S.C. § 233(c).

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

Date: September 13, 2023

/s/ Krista Consiglio Frith
Krista Consiglio Frith
Assistant United States Attorney
Virginia State Bar No. 89088

2

*/s/ G. Riley Worrell*
G. Riley Worrell
Assistant United States Attorney
Virginia State Bar No. 98464

P. O. Box 1709
Roanoke, VA  24008-1709
Telephone: (540) 857-2250
Facsimile: (540) 857-2283
E-mail:  Krista.frith@usdoj.gov
         Riley.worrell@usdoj.gov

3

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the foregoing

Notice of the United States Under 42 U.S.C. § 233(l)(1) was sent by United States Postal Service

mail on September 13, 2023, to the following:

> Jeffrey L. Elkins
> Attorney at Law
> Post Office Box 1306
> Wise, Virginia 24293

<div align="right">

*/s/ Krista Consiglio Frith*
Krista Consiglio Frith
Assistant United States Attorney

</div>

4

Receipt : 22000003526

**COURT ADDRESS:**
P.O. BOX 326
JONESVILLE, VA. 24263
PHONE # :276-346-7763

**OFFICIAL RECEIPT**
**LEE CIRCUIT COURT**
**CIVIL**

**DATE :** 08/24/2022          **TIME :** 13:00:37          **CASE # :** 105CL2208020100
**RECEIPT # :** 22000003526   **TRANSACTION # :** 22082400009
**CASHIER :** LKM          **REGISTER # :** C653          **FILING TYPE :** WD          **PAYMENT :** FULL PAYMENT
**CASE COMMENTS :** BRITTON, ROBERT v. YEARY, JOSHUA ADAM; DO
**SUIT AMOUNT :** $2,350,000.00
**ACCOUNT OF :** BRITTON, ROBERT
**PAID BY :** ELKINS, JEFFREY L
**CHECK :** $340.00          **CHECK NUMBER :** 5589
**DESCRIPTION 1 :** WD:WRONGFUL DEATH
**2 :** PLAINTIFF: BRITTON, ROBERT
**3 :** NO HEARING SCHEDULED

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 049 | WRIT TAX (CIVIL) | $25.00 |
| 106 | TECHNOLOGY TRST FND | $5.00 |
| 123 | LEGAL AID SERVICES | $9.00 |
| 147 | INDIGENT ASSISTANCE (INA) | $1.00 |

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 170 | COURT TECHNOLOGY FUND | $10.00 |
| 304 | CIVIL FILING FEE (LAW & EQUITY) | $290.00 |

**TENDERED : $**          340.00
**AMOUNT PAID : $**          340.00

*CLERK OF COURT : RENE LAMEY*

# SERVICE OTHER THAN BY VIRGINIA SHERIFF

COMMONWEALTH OF VIRGINIA

VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

Case No. .................................... CL22080201-00

Service No. ................................ (Clerk's use only)

.............. Lee County .............. Circuit Court

Robert Britton Administrator Estate of Debra Young    v.    Joshua Yeary D.O., et al

Gregory D Edwards, 2 Mian Street Jonesville, VA 24263

is the name and address of the person upon whom service of the following is to be made:

FILED 8/23/23  TIME 3:30PM
CIRCUIT COURT CLERK'S OFFICE
LEE COUNTY, VIRGINIA
RENE LAMEY, CLERK
BY Lisa Mc Laughlin    D.C.

[X] Summons and Complaint

[ ]

I, the undersigned, swear/affirm that

1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

   ....................................................................................................
   or,

   [X] I am a private process server (list name, address and telephone number below).

   *Eric Stallard 516 Republican Rd, Jonesville, VA. 24263 (276)870-2261*
   or,

   [ ] I am an investigator employed by the Indigent Defense Commission serving a witness subpoena while engaged in the performance of my official duties.

   or,

   [ ] I am an investigator employed by an attorney for the Commonwealth serving process while engaged in the performance of my official duties. I affirm that the sheriff for the jurisdiction where process was served has agreed that I may serve process. (List sheriff's name, title and agency below).

   ....................................................................................................

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

   — Date and time of service: *AUGUST 18, 2023  AT 1124 hours*

   — Place of service: *33640 Main St, Jonesville VA 24263*
   STREET ADDRESS, CITY AND STATE

   — Method of service:

   | [X] Personal Service | [ ] Not Found |
   |---|---|

   [ ] Being unable to make personal service, a copy was delivered in the following manner:

   [ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party .....................................
   .......................................................

   [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).

   [ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.
   .......................................................
   DATE OF MAILING

_8/21/23_

DATE

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ SIGNATURE

State/Commonwealth of _Virginia_                    [ ] City [X] County of _Wise_

Subscribed and sworn to/affirmed before me this _81st_ day of _August_ , 20 _23_

by _Eric Stallard_

PRINT NAME OF SIGNATORY

_8/21/23_                                   _Elizabeth Santana Moore_ _January 31, 2027_

DATE                                   NOTARY PUBLIC (My commission expires _____)    TITLE

Registration No. _7837506_

ELIZABETH SANTANA MOORE
NOTARY PUBLIC
REGISTRATION # 7837506
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES

## SERVICE OTHER THAN BY VIRGINIA SHERIFF

Case No. .................... CL22080201-00

COMMONWEALTH OF VIRGINIA
VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

Service No. .................................. (Clerk's use only)

.............. Lee County .............. Circuit Court

Robert Britton Administrator Estate of Debra Young      v.      Joshua Yeary D.O., et al

Gregory D Edwards, 2 Mian Street Jonesville, VA 24263

is the name and address of the person upon whom service of the following is to be made:

FILED 8/22/23 TIME 3:30 PM
CIRCUIT COURT CLERK'S OFFICE
LEE COUNTY, VIRGINIA

[X] Summons and Complaint

RENE LASLEY, CLERK,
BY Anna McNaughlin   D.C.

[ ]

I, the undersigned, swear/affirm that

1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

.......................................................................................................................................................

or,

[X] I am a private process server (list name, address and telephone number below).

Eric Stallard, 516 Republican Rd, Jonesville, VA 24263 (276)870-2261

or,

[ ] I am an investigator employed by the Indigent Defense Commission serving a witness subpoena while engaged in the performance of my official duties.

or,

[ ] I am an investigator employed by an attorney for the Commonwealth serving process while engaged in the performance of my official duties. I affirm that the sheriff for the jurisdiction where process was served has agreed that I may serve process. (List sheriff's name, title and agency below).

.......................................................................................................................................................

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.
   — Date and time of service: August 18, 2023 at 1123 hours
   — Place of service: 33640 Main St, Jonesville VA 24263
   — Method of service:                          STREET ADDRESS, CITY AND STATE

| [X] Personal Service | [ ] Not Found |
|---|---|

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party .....................................

.......................................................................................................

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).

[ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.

.......................................................................................................
DATE OF MAILING

FORM CC-1407(MASTER, PAGE ONE OF TWO) 07/22

8/21/23

*DATE*    *SIGNATURE*

State/Commonwealth of Virginia    [ ] City [X] County of Wise

Subscribed and sworn to/affirmed before me this 21st day of August , 20 23

by Eric Stallard

*PRINT NAME OF SIGNATORY*    *TITLE*

8/21/23

*DATE*    NOTARY PUBLIC (My commission expires January 31, 2027.)

Registration No. 7837506

ELIZABETH SANTANA MOORE
NOTARY PUBLIC
REGISTRATION # 7837506
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES

**SERVICE OTHER THAN BY VIRGINIA SHERIFF**

COMMONWEALTH OF VIRGINIA

VA. CODE §§ 8.01-293, 8.01-320, 8.01-325

Case No. .................... CL22080201-00

Service No. .......................... (Clerk's use only)

.............. Lee County ................. Circuit Court

__Robert Britton Administrator Estate of Debra Young__    v.    __Joshua Yeary D.O., et al__

Joshua Adam Yeary, 1446 Dr. Thomas Walker Road Ewing, VA 24248

is the name and address of the person upon whom service of the following is to be made:

FILED _8/22/23_ TIME _3:30PM_
CIRCUIT COURT CLERK'S OFFICE
LEE COUNTY, VIRGINIA
RENE LAMEY, CLERK
BY _Brsa McClaughlu_ D.C.

[X] Summons and Complaint

[ ] .........................................................

I, the undersigned, swear/affirm that

1. [ ] I am an official or an employee of an official who is authorized to serve process of the type described in the attached Proof of Service and my title and bailiwick are as follows:

    ..............................................................................................................................

    or,

    [X] I am a private process server (list name, address and telephone number below).

    _Eric Stallard, 516 REPUBICAN RD, Jonesville, VA (276870 2261_
    or,

    [ ] I am an investigator employed by the Indigent Defense Commission serving a witness subpoena while engaged in the performance of my official duties.

    or,

    [ ] I am an investigator employed by an attorney for the Commonwealth serving process while engaged in the performance of my official duties. I affirm that the sheriff for the jurisdiction where process was served has agreed that I may serve process. (List sheriff's name, title and agency below).

    ..............................................................................................................................

2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.
    — Date and time of service: ..._August 18, 2023 AT 1151 hours_...
    — Place of service: ..._1446 DR. THOMAS WALKER RD, EWING VA 24248_...
      STREET ADDRESS, CITY AND STATE
    — Method of service:

| [X] Personal Service | [ ] Not Found |
|---|---|

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport. List name, age of recipient, and relation of recipient to party ...............................

..............................................................................................................................

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).

[ ] (Garnishment Summons Only, § 8.01-511) Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.

..............................................................................................................................

DATE OF MAILING

FORM CC-1407(MASTER, PAGE ONE OF TWO) 07/22

8/21/23

_____
DATE

State/Commonwealth of .... Virginia ....    [ ] City [X] County of ... Wise ....

Subscribed and sworn to/affirmed before me this 21st ... day of ... August ..., 20 23

by ... Eric Stallard ........................

8/21/23
_____
DATE

_____
SIGNATURE

_____
PRINT NAME OF SIGNATORY

Elizabeth Santana Moore    January 31, 2027
NOTARY PUBLIC (My commission expires ..............................)
Registration No. .... 7837506 .........................

_____
TITLE

```
ELIZABETH SANTANA MOORE
NOTARY PUBLIC
REGISTRATION # 7837506
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES January 31, 2027
```

Case 1:23-cv-00047-JPJ-PMS   Document 7   Filed 11/27/23   Page 22 of 22
Pageid#: 47
Case 1:23-cv-00047-JPJ-PMS   Document 4   Filed 11/09/23   Page 1 of 1   Pageid#: 20

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | | |
|---|---|---|
| ROBERT BRITTON, Administrator of the Estate of Debra Wylene Young, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:23CV47<br>State Court No. CL22080201-00 |
| v. | ) ) | **O R D E R** |
| JOSHUA ADAM YEARY, D.O., ET AL., | ) ) ) | |
| Defendants. | ) ) | |

This case was recently removed from the Circuit Court for Lee County to the United States District Court for the Western District of Virginia at Abingdon.  This court, finding it necessary and proper to do so, hereby REQUESTS that the original case file in your Court be forwarded to the Clerk of this court at 180 W. Main Street, Room 104, Abingdon, VA 24210, or submitted through this court's Case Management and Electronic Case Filing system (CM/ECF).

The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for Lee County.

ENTERED:   November 9, 2023

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE

**ECF**
**DOCUMENT**

I hereby attest and certify that this is a printed copy of a document that was electronically filed with the United States District Court for the Western District of Virginia.
Date Filed  **11/9/23**
By: *J. Clark*                     Laura A. Austin, Clerk of Court
Deputy Clerk